# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

This is to certify that a copy of the Trustee's Final Report was served on the Debtor(s)'attorney via electronic notification which occurs automatically upon the filing of said Final Report.

Dated at Rockford, IL on: 7/24/2017        By /s/Heather M. Fagan_____